UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                      Case No. 6:10−bk−21860−ABB
                                                                                                                                 Chapter 7

Hector Jovino Matos
7313 Spring Villa Cr
Orlando, Fl 32819

Josefina Matos
aka Josefa Rodriguez Matos
7313 Spring Villa Cr
Orlando, Fl 32819

        Debtor(s)        /

## ORDER DISMISSING CASE

On December 10, 2010 , the Court issued a notice (Document No. 5 ) directing the debtor to file by December 23, 2010 , the following required document(s) necessary for the administration of the case:

Statement of Affairs and Petition Missing Signatures

It was further provided that the Court may dismiss this case without further notice or hearing if the debtor failed to comply within the time specified.

Despite the fact that more than 14 days have passed since the date of filing of the petition, the debtor has failed to comply with the order. No Discharge of debts was entered in this case. Accordingly, it is

ORDERED:

1. This case is dismissed.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

3. Any scheduled hearing is herewith canceled.

DONE AND ORDERED on December 29, 2010

_____
Arthur B. Briskman
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: badrienne           Page 1 of 1           Date Rcvd: Dec 29, 2010
Case: 10-21860                 Form ID: 6ord19           Total Noticed: 22
```

The following entities were noticed by first class mail on Dec 31, 2010.
```
db/jdb        +Hector Jovino Matos,  Josefina Matos,  7313 Spring Villa Cr,  Orlando, Fl 32819-5243
19638701      +Advantage Assets II, Inc.,  7322 Southwest Freeway,  Suite 1600,  Houston, TX 77074-2053
19577561      +American General Finan,  1241 Semoran Blvd Ste 12,  Casselberry, FL 32707-7101
19577563      +Bealls Department Stor,  P O Box 25207,  Bradenton, FL 34206-5207
19577566      +Citibank Usa,  Attn.: Centralized Bankruptcy,  PO Box 20363,  Kansas City, MO 64195-0363
19577567      +Citifinancial Retail Services,  Citifinancial/Attn: Bankruptcy Dept,  1111 Northpoint Dr,
               Coppell, TX 75019-3831
19577568      +Erico G. Gonzalez P.A.,  6255 East Fowler Ave,  Temple Terrace FL 33617-3304,  813-980 6302
19577578       Florida Department of Revenue,  Bankruptcy Unit,  Post Office Box 6668,
               Tallahassee FL 32314-6668
19577569      +Ford Motor Credit Corporation,  National Bankruptcy Center,  PO Box 6275,
               Dearborn, MI 48121-6275
19577571      +Global Credit & Collections Corp.,  300 International Dr,  Williamsville NY 14221-5781
19577572      +Hfc - Usa,  Po Box 3425,  Buffalo, NY 14240-3425
19577579      ++INTERNAL REVENUE SERVICE,  CENTRALIZED INSOLVENCY OPERATIONS,  PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,  Post Office Box 21126,
               Philadelphia PA 19114)
19577573      +Ltd Financial Svcs Lp,  7322 Southwest Fwy Ste 1,  Houston, TX 77074-2010
19577574      +Midland Credit Management,  PO Box 939019,  San Diego, CA 92193-9019
19577575      +Td Bank N.a.,  917 Haywood Road,  Greenville, SC 29615-3566
19577576      +Wfnnb/beallsflorida,  PO Box 182125,  Columbus, OH 43218-2125
```

The following entities were noticed by electronic transmission on Dec 30, 2010.
```
19618805       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2010 02:17:24
               American Infosource Lp As Agent for Wfnnb,  As Assignee of,  Bealls Florida,  PO Box 248872,
               Oklahoma City, OK  73124-8872
19577562      +E-mail/Text: ACF-EBN@acf-inc.com                             Atlantic Crd,  P O Box 13386,
               Roanoke, VA 24033-3386
19577564      +E-mail/PDF: bankruptcynotices@bmwfs.com Dec 30 2010 02:23:02     Bmw Financial Services,
               5550 Britton Parkway,  Hilliard, OH 43026-7456
19577565      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2010 02:17:24     Capital One, N.a.,
               C/O American Infosource,  PO Box 54529,  Oklahoma City, OK 73154-1529
19577570      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2010 02:28:35     Gemb/walmart,  Po Box 981400,
               El Paso, TX 79998-1400
19577577      +E-mail/Text: Bankruptcy@octaxcol.com                          Orange County Tax Collector,
               Attn: Earl K. Wood,  Post Office Box 2551,  Orlando FL 32802-2551
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2010**                    **Signature:** *Joseph Speetjens*